No. 601, Misc.  BREWER *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari  denied.

No. 676, Misc.  HILLIARD *v.* HARRIS, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 707, Misc.  DARLING *v.* MANCUSI, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 708, Misc.  CANTRELL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 714, Misc.  GROVES *v.* SCHULTZ, SHERIFF, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 731, Misc.  CONOVER *v.* TV STATION WPTZ, CHANNEL 5, A ROLLINS STATION, PLATTSBURGH.  Ct. App. N. Y.  Certiorari denied.

No. 737, Misc.  AGUIAR *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 739, Misc.  WELSH *v.* NELSON, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 756, Misc.  WATSON *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 768, Misc.  MILLER *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 775, Misc.  MADISON *v.* BROWN.  C. A. 4th Cir. Certiorari denied.